In re Thorne, Delmas; Willis, Earnest; Williams, Gilbert; Sweet, Albert; Smith, William; Rushing, Harry; Rankins, Roosevelt; Pee, Billy; Nelson, Robert; Mims, Lewey; McKee, Leo; Lindsey, Jerry; Griffin, Roy; Detiege, Frank; Benton, James; Barton, Osborne; Atkins, Tommy; Armstrong, William; Nelson, Ceasar; —Plaintiff(s); applying for writ of certiora-ri and/or review; to the Court of Appeal, Second Circuit, No. 19872-CA; Parish of Ouachita, 4th Judicial District Court, Div. “G”, No. 87-2747.
Granted.